EXHIBIT

A

RCVD BY EEOC: MARCH 06, 2024

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCYCHARGE NUMBER _____ |
|---|---|
| | ☐ FEPA |
| | ☐ EEOC 563-2024-02040 |

### KANSAS HUMAN RIGHTS COMMISSION and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.)  Ms. Colleen Chandler | | HOME TELEPHONE (Include Area Code)  ▉▉▉▉ |
|---|---|---|
| STREET ADDRESS  1271 North Marilla Lane, Olathe, KS 66061 | CITY, STATE AND ZIP CODE | DATE OF BIRTH  ▉▉▉▉ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME  Johnson County Community College, Johnson County Community College Board of Trustees | NUMBER OF EMPLOYEES, MEMBERS  500+ | TELEPHONE (Include Area Code)  913-469-8500 |
|---|---|---|
| STREET ADDRESS  12345 College Blvd, Overland Park, KS 66210 | CITY, STATE AND ZIP CODE | COUNTY  Johnson |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))  ☐ RACE   ☐ COLOR   X SEX/Gender   ☐ RELIGION   ☐ NATIONAL ORIGIN  X RETALIATION   X AGE ☐ DISABILITY   X OTHER: Kansas Public Policy  (Whistleblower) Retaliation | DATE DISCRIMINATION TOOK PLACE  June 2023 – October 2023  X CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 45-year-old woman. I had been employed by Johnson County Community College and/or Johnson County Board of Trustees ("JCCC") for almost 8 years, most recently as Vice-President of Human Resources, until my wrongful termination on or about September 9, 2023. Throughout my employment, I received promotions, performed all duties of my position as required, exceeded the expectations of my position, and received excellent reviews and praise for my work. I received an excellent performance review in April of 2023, including being told I was a "very capable leader and HR professional" and that I was "what is needed in the year ahead". The President went on to say he has "confidence in her ability to successfully move the Human Resources team and college forward."

Prior to and including my wrongful termination, I experienced a pattern and practice of disparate treatment in the terms and conditions of my employment based on my age, gender, and retaliation by JCCC, the President, and its Board of Trustees and employees including, but not limited to false performance criticisms, failure to follow JCCC's progressive discipline policy, and my wrongful termination. I engaged in protected activity as a whistleblower and further made complaints of discrimination during my employment, including making complaints that my termination was based upon false, pretextual information and leading to false disciplinary actions and my termination.

I was never written up, placed on a PIP, or given a bad performance review. In fact, my last performance review indicated I was doing a great job in my role. In July, I raised concerns that the college was partaking in illegal/non-compliant activity such as having people providing mental health counseling who do not have licenses and providing professors and employees access to every student's and employees' social security numbers. I reported that this is a violation of Kansas law and in June and July reported the same to the President (my supervisor) and I provided him with the relevant Kansas statute. I made written and verbal reports throughout July. Within the 6 days of my last report of illegal/non-compliant activity to JCCC, I received verbal notice that I was being placed on Administrative Leave due to performance and was given a vague letter stating that I was being placed on Administrative Leave for not fulfilling my job duties, as well as a Severance Agreement. My email access was cut-off. I never received any performance coaching, discipline, PIP, or any indication my performance was poor. In the letter I received on July 26, there were no specific performance criticisms. I asked the President to provide specific performance concerns, and none were ever provided to me. JCCC did not follow the progressive discipline policy. Performance coaching is an expectation prior to any disciplinary action being taken. This expectation is provided in supervisor training. On August 25, I received a letter stating that I was being terminated on September 9th, but that I could appeal the termination. I appealed my termination and sent written documentation outlining that my termination was due to age and/or gender discrimination and retaliation. On or about October 27, 2023, I was informed that my termination was being upheld.

I was treated differently than similarly situated male employees, including the former Executive Vice-President, Finance and Administrative Services, the former Vice-President, Information Services/CIO, the former Director of Audit and Auxiliary Services, the Dean of Business, and the Director of Cosmetology. These male employees were all treated more favorably than

cc                                    Page 1 of 2

me and provided opportunities to correct any perceived performance issues before experiencing any adverse action. I know of formal performance coaching and resources that were provided to male executive leaders, including extensive job coaching with an external coach, when performance concerns involving those male employees were identified. Further, as a female employee, I was not provided the same opportunities and resources as male employees. When I would put forward ideas for the college and to the President, he would ignore them in favor of the male executives. I was also paid less than less-qualified, younger and/or male employees who started after me. Further, I was aware of age discrimination complaints that the President ignored and did not want investigated.

The true reason for my illegal termination was discrimination based upon my sex/gender and/or age and/or in retaliation for raising concerns related to violations of law and non-compliance with laws of the State of Kansas, and/or retaliation for my complaints of discrimination and retaliation.

I am seeking all legal and equitable remedies available to me, including but not limited to, compensation for my lost wages and benefits, compensatory damages for my emotional pain and suffering, damage to my reputation, reinstatement to my position and/or front pay and benefits, punitive damages, and my costs and attorney's fees in this matter.

The above is only a summary of the facts in support of my charge of discrimination and retaliation. I will cooperate fully with the Commission and all other state or federal agencies in providing further information in support of my complaints.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. <br><br> CC | NOTARY - (When necessary for State and Local Requirements) |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. <br><br> 03/06/2024    *Colleen Chandler* <br> Date              Charging Party *(Signature)* | SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (Day, month, and year) |