

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Indianapolis District Office**
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)



Issued On: 04/23/2025

To: Ms. Colleen Chandler
1271 North Marilla Lane
Olathe, KS 66061
Charge No: 563-2024-02040

EEOC Representative and email:    FREDERICK BRUBAKER
Enforcement Supervisor
frederick.brubaker@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 563-2024-02040.

On behalf of the Commission,

Digitally Signed By: Richard Burgamy
04/23/2025
Richard Burgamy
Acting Director

**Cc:**
Kelsey Patterson Nazar
Johnson County Community College
12345 COLLEGE BLVD
OVERLAND PARK, KS 66210

Ellen C Rudolph
Lathrop GPM LLP
2345 GRAND BLVD STE 2200
Kansas City, MO 64108

Bridget B Romero
Lathrop GPM LLP
2345 GRAND BLVD STE 2200
Kansas City, MO 64108

Judy Korb
Johnson County Community College
12345 COLLEGE BLVD
OVERLAND PARK, KS 66210

Michelle A Haughey
Siro Smith Dickson PC
1621 Baltimore Avenue
Kansas City, MO 64108

Raymond A Dake
Siro Smith Dickson PC
1621 Baltimore Avenue
Kansas City, MO 64108

Please retain this notice for your records.