**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **COLLEEN CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02399** |
| | ) | |
| **JOHNSON COUNTY COMMUNITY COLLEGE** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **JOHNSON COUNTY COMMUNITY COLLEGE BOARD OF TRUSTEES** | ) | |
| | ) | |
| **Defendants.** | ) | |

COMES NOW Defendants, by and through their undersigned counsel of record, and hereby certifies that on the 19th day of December, 2025, the following documents were served via email to Plaintiff's counsel of record:

- Defendant's Answers to Plaintiff's First Interrogatories;

- Defendant's Responses to Plaintiff's First Request for Production of Document.

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: */s/ Sara O'Keefe*
Sara O'Keefe, KS Bar No. 30850
Tara Everline, KS Bar No. 22576
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
Tel. 913-253-2136
Fax. 913-498-2101
sokeefe@foulston.com
teberline@foulston.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2025, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record.

*/s/ Sara O'Keefe*
Sara O'Keefe, KS #30850