**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **COLLEEN CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02399** |
| | ) | |
| **JOHNSON COUNTY COMMUNITY** | ) | |
| **COLLEGE** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **JOHNSON COUNTY COMMUNITY** | ) | |
| **COLLEGE BOARD OF TRUSTEES** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF SERVICE</u>**

COMES NOW Defendants, by and through their undersigned counsel of record, and

hereby certifies that on the 22nd day of December, 2025, the Defendants' First Interrogatories to

Plaintiff and Defendants' First Requests for Production of Document were served via email to

the following:

    Ryan P. McEnaney
    rmcenaney@sirosmithdickson.com
    Isabella Neuberg
    ineuberg@sirosmithdickson.com
    Athena M. Dickson
    adickson@sirosmithdickson.com
    Eric W. Smith
    esmith@sirosmithdickson.com

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: */s/ Tara Eberline*
Tara Everline, KS Bar No. 22576
Sara O'Keefe, KS Bar No. 30850
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
Tel. 913-253-2136
Fax. 913-498-2101
sokeefe@foulston.com
teberline@foulston.com

ATTORNEYS FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2025, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record.

*/s/ Tara Eberline*
Tara Eberline, KS #22576