**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

Colleen Chandler,

    Plaintiff,

      v.

Johnson County Community College,

    Defendant.

Case No. 2:25-cv-02399

**JOINT NOTICE OF MEDIATION**

The parties jointly notify the Court that mediation is set for March 5, 2026, at 9:30 a.m. at

the offices of Foulston Siefkin, LLP, 7500 College Boulevard, Ste. 1400, Overland Park, KS

66210 before the following mediator:

> Joe Eischens
> Eischens & Vogel Mediation Services
> 8013 Park Ridge Drive
> Parkville, Missouri 64152
> (816) 945-6393

Respectfully submitted,

FOULSTON SIEFKIN, LLP

*/s/ Tara Eberline*
Tara Eberline, KS #22576
7500 College Blvd, Ste. 1400
Overland Park, KS 66210
T: (913) 498-2100
F: (913) 498-2101
teberline@foulston.com

ATTORNEY FOR DEFENDANT

SIRO SMITH DICKSON PC

*/s/ Ryan P. McEnaney*
Ryan P. McEnaney KS #78827
1621 Baltimore Avenue
Kansas City, MO 64108
T: (816) 471-4881
F: (816) 471-4883
rmcenaney@sirosmithdickson.com

ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Tara Eberline*
Tara Eberline, KS #22576

2