**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| COLLEEN CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02399-EFM-TJJ |
| | ) | |
| JOHNSON COUNTY COMMUNITY | ) | |
| COLLEGE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO MOVE TO COMPEL DEFENDANT'S DISCOVERY RESPONSES**

Plaintiff, by and through her attorneys, hereby requests a thirty (30) day extension up to and including February 19, 2026, in which to file her motion to compel discovery responses sought in Plaintiff's First Interrogatories and First Request for Production of Document to Defendants. In support of this motion, Plaintiff states as follows:

1. Plaintiff served First Interrogatories and First Request for Production of Documents on Defendants on November 4, 2025.

2. Defendants served written responses and objections to Plaintiff's First Interrogatories and First Request for Production of Document on December 19, 2025. Pursuant to Local Rule 37.1(c), Plaintiff's motion to compel Defendants' discovery responses is due on January 20, 2026.

3. In order to have sufficient time to engage in good faith efforts to further narrow their disputes and present any unresolved disputes to the Court, Plaintiff requests

that the deadline regarding her motion to compel discovery responses be extended up to and including February 19, 2026.

4.    This Motion for Extension is not made for purposes of delay.  Defendants' counsel has been consulted, and Defendants do not oppose this requested extension. This motion will not unduly delay the overall litigation of this case, is requested in good faith, and will not prejudice any party.

For the foregoing reasons, Plaintiff respectfully requests an extension of time, up to and including February 19, 2026, for Plaintiff to file her Motion to Compel on Defendants' discovery responses.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By  /s/ Ryan P. McEnaney
　　Ryan P. McEnaney　　　　　KS FED #78827
　　Isabella Neuberg　　　　　　KS FED #79264
　　Athena M. Dickson　　　　　　KS #21533
　　Eric W. Smith　　　　　　　　KS #70235
　　1621 Baltimore Avenue
　　Kansas City, Missouri  64108
　　816.471.4881 (Tel)
　　816.471.4883 (Fax)
　　rmcenaney@sirosmithdickson.com (email)
　　rsiro@sirosmithdickson.com (email)
　　adickson@sirosmithdickson.com (email)
　　esmith@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on January 16, 2026, which system sent notification of such filing electronically to the following counsel of record:

Tara Eberline
Sara O'Keefe
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
teberline@foulston.com
sokeefe@foulston.com
**ATTORNEYS FOR DEFENDANTS**

 /s/ Ryan P. McEnaney
ATTORNEY FOR PLAINTIFF

3