**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| COLLEEN CHANDLER, ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02399-EFM-TJJ |
| ) | |
| JOHNSON COUNTY COMMUNITY ) | |
| COLLEGE, ET AL., ) | |
| ) | |
|         Defendants. ) | |

## <u>PLAINTIFF'S DESIGNATIONS OF NON-RETAINED EXPERT WITNESSES</u>

Plaintiff Colleen Chandler identifies the following treating medical providers as non-retained expert witnesses under Federal Rules 26(a)(2)(A) and/or (C) who may provide testimony in this matter consistent with their medical records and their diagnoses and treatment of Plaintiff. These disclosures may be supplemented as appropriate or necessary prior to trial, in accordance with the Federal Rules:

1.　　**Diane Sinclair-Smith**, LCMFT, Renew Counseling Center, 11695 S Black Bob Rd., Olathe, KS, 913.768.6606, may testify or provide information regarding the treatment of Plaintiff's emotional distress as set forth in her counseling records, including but not limited to Plaintiff's diagnoses and treatment, associated with these diagnoses, and dates of treatment, symptoms presented by Plaintiff, medications, and any other treatment prescribed.

2.　　**Dr. Rita Oplotnik**, University of Kansas Health System, 801 N. Mur-Len Rod. #201, Olathe, KS, 66062, 913.764.0036, may testify or provide information regarding the treatment of Plaintiff's emotional distress as set forth in her counseling records, including but not limited to Plaintiff's diagnoses and treatment, associated with these diagnoses, and dates of treatment, symptoms presented by Plaintiff, medications, and any other treatment prescribed.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By  /s/ Ryan P. McEnaney
    Ryan P. McEnaney      KS FED #78827
    Isabella Neuberg      KS FED #79264
    Athena M. Dickson      KS #21533
    Eric W. Smith      KS #70235
    1621 Baltimore Avenue
    Kansas City, Missouri  64108
    816.471.4881 (Tel)
    816.471.4883 (Fax)
    rmcenaney@sirosmithdickson.com (email)
    rsiro@sirosmithdickson.com (email)
    adickson@sirosmithdickson.com (email)
    esmith@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on February 6, 2026, which system sent notification of such filing electronically to the following counsel of record:

Tara Eberline
Sara O'Keefe
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
teberline@foulston.com
sokeefe@foulston.com
**ATTORNEYS FOR DEFENDANTS**

    /s/ Ryan P. McEnaney
    ATTORNEY FOR PLAINTIFF

2