**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **COLLEEN CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02399** |
| | ) | |
| **JOHNSON COUNTY COMMUNITY COLLEGE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE TO TAKE VIDEO DEPOSITION</u>**

TO:                                      All interested parties

DATE & TIME OF DEPOSITION:        Friday, February 27, 2026, beginning at 9:00 a.m.

PLACE OF DEPOSITION:              SIRO SMITH DICKSON PC
                                 1621 Baltimore Avenue
                                 Kansas City, MO 64108

WITNESS TO BE DEPOSED:           Colleen Chandler

PLEASE TAKE NOTICE that at the above-stated date, hour, and place, Defendant shall cause the deposition of the above witness, as stated above, to be taken, and that the taking of said deposition, if not completed on that day, will continue at the same time and place until completed.

You are hereby notified that you may appear and take part in the examination.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Sara O'Keefe*
    Sara O'Keefe, KS #30850
    Tara Eberline, KS #22576
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    (913) 498-2100
    (913) 498-2101 (fax)
    teberline@foulston.com
    sokeefe@foulston.com

ATTORNEYS FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 9th day of February 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Sara O'Keefe*
Sara O'Keefe, KS #30850