**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| COLLEEN CHANDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:25-cv-02399 |
| | ) |
| JOHNSON COUNTY COMMUNITY | ) |
| COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

COMES NOW Defendant Johnson County Community College by and through its counsel of record, and hereby notifies the court that on May 4, 2026, Supplemental Rule 26(a)(1) Initial Disclosure documents labeled JCCC Chandler 002439-2831 were served via email to the following:

Ryan P. McEnaney, rmcenaney@sirosmithdickson.com
Isabella Neuberg, rsiro@sirosmithdickson.com

SIRO SMITH DICKSON P.C.
Attorneys for Plaintiff

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Sara O'Keefe*
    Tara Eberline, KS #22576
    Sara O'Keefe, KS #30850
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    (913) 498-2100
    (913) 498-2101 (fax)
    teberline@foulston.com
    sokeefe@foulston.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of May, 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Sara O'Keefe*
Sara O'Keefe, KS #30850