# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

COLLEEN CHANDLER,                                )
                                                 )
                    Plaintiff,                   )
                                                 )
v.                                               )        Case No. 2:25-cv-02399-EFM-JBW
                                                 )
JOHNSON COUNTY COMMUNITY                         )
COLLEGE, ET AL.,                                 )
                                                 )
                    Defendants.                  )

## <u>NOTICE TO TAKE DEPOSITION</u>

PLEASE TAKE NOTICE that Counsel for Plaintiff will take the deposition of **Michael McCloud** who will be produced by Defendants on June 3, 2026, at 1:00 p.m. at the law offices of Foulston Siefkin LLP, 7500 College Boulevard, Suite 1400, Overland Park, Kansas 66210. This deposition will be conducted via videoconference.  The taking of said deposition, if not completed on that date, will be continued from day to day, at the same place and between the same hours, until completed.

Said deposition will be transcribed by Cornerstone Court Reporting Company LLC, 8700 Monrovia, Suite 310, Lenexa, Kansas 66215.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Ryan P. McEnaney
  Ryan P. McEnaney   KS FED #78827
  Isabella Neuberg    KS FED #79264
  Athena M. Dickson    KS #21533
  Eric W. Smith     KS #70235
  1621 Baltimore Avenue
  Kansas City, Missouri  64108
  816.471.4881 (Tel)
  816.471.4883 (Fax)
  rmcenaney@sirosmithdickson.com (email)
  rsiro@sirosmithdickson.com (email)
  adickson@sirosmithdickson.com (email)
  esmith@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on May 28, 2026, which system sent notification of such filing electronically to the following counsel of record:

Tara Eberline
Sara O'Keefe
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
teberline@foulston.com
sokeefe@foulston.com
**ATTORNEYS FOR DEFENDANTS**

  /s/ Ryan P. McEnaney
  ATTORNEY FOR PLAINTIFF

2