## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

COLLEEN CHANDLER,                          )
                                           )
                Plaintiff,               )
                                           )
v.                                         )          Case No. 2:25-cv-02399-EFM-JBW
                                           )
JOHNSON COUNTY COMMUNITY                    )
COLLEGE, ET AL.,                           )
                                           )
                Defendants.              )

### <u>NOTICE TO TAKE VIDEOCONFERENCE DEPOSITION</u>

PLEASE TAKE NOTICE that Counsel for Plaintiff will take the videoconference deposition of **Andrew Browne** who will be produced by Defendants on June 5, 2026, at 9:30 a.m. (CT). This deposition will be conducted via videoconference and recorded. The taking of said deposition, if not completed on that date, will be continued from day to day, at the same place and between the same hours, until completed.

Said deposition will be transcribed by Cornerstone Court Reporting Company LLC, 8700 Monrovia, Suite 310, Lenexa, Kansas 66215.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By  /s/ Ryan P. McEnaney

    Ryan P. McEnaney      KS FED #78827
    Isabella Neuberg       KS FED #79264
    Athena M. Dickson      KS #21533
    Eric W. Smith         KS #70235
    1621 Baltimore Avenue
    Kansas City, Missouri  64108
    816.471.4881 (Tel)
    816.471.4883 (Fax)
    rmcenaney@sirosmithdickson.com (email)
    rsiro@sirosmithdickson.com (email)
    adickson@sirosmithdickson.com (email)
    esmith@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on May 28, 2026, which system sent notification of such filing electronically to the following counsel of record:

Tara Eberline
Sara O'Keefe
FOULSTON SIEFKIN LLP
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
teberline@foulston.com
sokeefe@foulston.com
**ATTORNEYS FOR DEFENDANTS**

    /s/ Ryan P. McEnaney
    ATTORNEY FOR PLAINTIFF

2