**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **COLLEEN CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-02399** |
| | ) | |
| **JOHNSON COUNTY COMMUNITY** | ) | |
| **COLLEGE, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

Defendants, by and through their undersigned counsel of record, hereby certify that on the 14th day of June 2026, Defendants' Responses to Plaintiff's Second Request for Production of Documents were served via email to Plaintiff's counsel of record.

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: */s/ Sara O'Keefe*
Sara O'Keefe, KS Bar No. 30850
Tara Everline, KS Bar No. 22576
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
Tel. 913-253-2136
Fax. 913-498-2101
sokeefe@foulston.com
teberline@foulston.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June 2026, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record.

*/s/ Sara O'Keefe*
Sara O'Keefe, KS #30850