**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **COLLEEN CHANDLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 2:25-cv-02399** |
| | ) |
| **JOHNSON COUNTY COMMUNITY** | ) |
| **COLLEGE, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their undersigned counsel, and respectfully request an extension of time from August 3, 2026 to August 28, 2026 to file their Motion for Summary Judgment. In support, the Defendants state as follows:

1. The current dispositive motion deadline is August 3, 2026.

2. Due to the press of other business as well as scheduling conflicts, Defendants' counsel requests an extension of time to file their Motion for Summary Judgment to August 28, 2026.

3. Defendants' counsel has consulted with Plaintiff's counsel, and Plaintiff's counsel does not oppose this motion.

4. This is Defendant's first request for extension of this deadline.

5. This motion is not presented for purposes of delay, and it will not prejudice any party or delay the Court's trial schedule.

ACCORDINGLY, Defendants respectfully requests an Order extending its deadline to file its Motion for Summary Judgment through and including August 28, 2026.

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: */s/ Sara O'Keefe*
Sara O'Keefe, KS Bar No. 30850
Tara Eberline, KS Bar No. 22576
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
Tel. 913-253-2136
Fax. 913-498-2101
sokeefe@foulston.com
teberline@foulston.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2026, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record.

*/s/ Sara O'Keefe*
Sara O'Keefe, KS #30850